THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR MONDRAGON-ESTAVILLO,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, ,<br><br>Defendants. | Case No.: 1:14-cv-01970-SAB<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** |

Defendant, Equifax Information Services LLC ("Equifax"), by undersigned counsel, files its Answer and Defenses to Plaintiff's Complaint ("Complaint") as follows:

### PRELIMINARY STATEMENT

Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

/ / /

/ / /

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

1

## **ANSWER**

2       In response to the specific allegations in the enumerated paragraphs in the

3   Complaint, Equifax responds as follows:

4       1.      Equifax admits that Plaintiff purports to bring this action against

5   Equifax under the Fair Credit Reporting Act but denies liability under that Act and

6   denies all other allegations in Paragraph 1.

7       2.      To the extent Plaintiff has properly alleged her claims, Equifax admits

8   the Court may exercise its jurisdiction.

9       3.      Equifax is without knowledge or information sufficient to form a belief

10  as to the truth of the allegations in Paragraph 3 and, therefore, denies them.

11      4.      Equifax is without knowledge or information sufficient to form a belief

12  as to the truth of the allegations in Paragraph 4 and, therefore, denies them.

13      5.      Equifax is without knowledge or information sufficient to form a belief

14  as to the truth of the allegations in Paragraph 5 and, therefore, denies them.

15      6.      Equifax admits the allegations in Paragraph 6.

16      7.      Equifax is without knowledge or information sufficient to form a belief

17  as to the truth of the allegations in Paragraph 7 and, therefore, denies them.

18      8.      Equifax admits the allegations in Paragraph 8.

19      9.      Equifax admits the allegations in Paragraph 9.

20      10.     Equifax denies the allegations in Paragraph 10.

21      11.     Equifax is without knowledge or information sufficient to form a belief

22  as to the truth of the allegations in Paragraph 11 and, therefore, denies them.

23      12.     Equifax is without knowledge or information sufficient to form a belief

24  as to the truth of the allegations in Paragraph 12 and, therefore, denies them.

25      13.     Equifax is without knowledge or information sufficient to form a belief

26  as to the truth of the allegations in Paragraph 13 and, therefore, denies them.

27  / / /

28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

1        14.     Equifax is without knowledge or information sufficient to form a belief

2   as to the truth of the allegations in Paragraph 14 and, therefore, denies them.

3        15.     Equifax is without knowledge or information sufficient to form a belief

4   as to the truth of the allegations in Paragraph 15 and, therefore, denies them.

5        16.     Equifax is without knowledge or information sufficient to form a belief

6   as to the truth of the allegations in Paragraph 16 and, therefore, denies them.

7        17.     Equifax is without knowledge or information sufficient to form a belief

8   as to the truth of the allegations in Paragraph 17 and, therefore, denies them.

9        18.     Equifax is without knowledge or information sufficient to form a belief

10  as to the truth of the allegations in Paragraph 18 and, therefore, denies them.

11       19.     Equifax is without knowledge or information sufficient to form a belief

12  as to the truth of the allegations in Paragraph 19 and, therefore, denies them.

13       20.     Equifax is without knowledge or information sufficient to form a belief

14  as to the truth of the allegations in Paragraph 20 and, therefore, denies them.

15       21.     Equifax is without knowledge or information sufficient to form a belief

16  as to the truth of the allegations in Paragraph 21 and, therefore, denies them.

17       22.     Equifax is without knowledge or information sufficient to form a belief

18  as to the truth of the allegations in Paragraph 22 and, therefore, denies them.

19       23.     Equifax is without knowledge or information sufficient to form a belief

20  as to the truth of the allegations in Paragraph 23 and, therefore, denies them.

21       24.     Equifax denies the allegations in Paragraph 24.

22       25.     Equifax denies the allegations in Paragraph 25.

23       26.     Equifax is without knowledge or information sufficient to form a belief

24  as to the truth of the allegations in Paragraph 26 or any of its subparagraphs and,

25  therefore, denies those allegations.

26       27.     Equifax admits the allegations in Paragraph 27.

27       28.     Equifax denies the allegations in Paragraph 28.

28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

1    29.    Equifax denies the allegations in Paragraph 29, including its

2  subparagraphs.

3    30.    Equifax denies the allegations in Paragraph 30.

4    31.    Equifax admits Plaintiff has demanded a trial by jury and likewise

5  demands a jury trial in this case.

6    Equifax denies that Plaintiff is entitled to any of the relief set forth in the

7  "Prayer for Relief" on Page 6 of the Complaint.

### DEFENSES

9    Without assuming the burden of proof where it otherwise rests with Plaintiff,

10  Equifax pleads the following defenses to the Complaint:

### First Defense

12    Plaintiff's Complaint fails, in whole or in part, to state a claim against Equifax

13  upon which relief can be granted.

### Second Defense

15    At all pertinent times, Equifax maintained reasonable procedures to assure

16  maximum possible accuracy in its credit reports.

### Third Defense

18    Plaintiff's damages, if any, were not caused by Equifax, but by another person

19  or entity for whom or for which Equifax is not responsible.

### Fourth Defense

21    Equifax has complied with the Fair Credit Reporting Act in its handling of

22  Plaintiff's credit file and is entitled to each and every defense stated in the Act and

23  any and all limitations of liability.

### Fifth Defense

25    At all relevant times herein, the Plaintiff's alleged damages, which Equifax

26  denies exist, were aggravated by the failure of the Plaintiff to use reasonable

27  diligence to mitigate the same.  Therefore, Plaintiff's recovery, if any, should be

28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 4 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

1 | barred or decreased by reason of his failure to mitigate alleged losses.

2 | ### Sixth Defense

3 |     Plaintiff cannot meet the requirements of 15 U.S.C. § 1681n in order to recover

4 | punitive or statutory damages.

5 | ### Seventh Defense

6 |     Equifax adopts by reference the defenses, criteria, limitations, standards and

7 | constitutional protections mandated or provided by the United States Supreme Court

8 | in the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v.*

9 | *Leatherman Tool Group, Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538

10 | U.S. 408 (2003), and *Safeco Insurance Co. of America v. Burr*, 551 U.S. 47 (2007).

11 |     Equifax reserves the right to assert additional defenses that it learns through

12 | the course of discovery.

13 |     **WHEREFORE**, having fully answered or otherwise responded to the

14 | allegations in Plaintiff's Complaint, Equifax prays that:

15 |     (1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice,

16 | with all costs taxed against Plaintiff;

17 |     (2)    it be dismissed as a party to this action;

18 |     (3)    it receive a trial by jury for all issues so triable; and,

19 |     (4)    Equifax recover such other and additional relief as the Court deems

20 | just and appropriate.

22 | Dated: January 27, 2015          NOKES & QUINN

23 |

24 |                        /s/ Thomas P. Quinn, Jr.

25 |                        THOMAS P. QUINN, JR.

Attorneys for Defendant

26 | EQUIFAX INFORMATION

SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

## <u>CERTIFICATE OF SERVICE</u>
**Eleanor Mondragon-Estavillo v. Equifax Information Services LLC, et al.**
**Case No.: 1:14-cv-01970-SAB**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **January 27, 2015**, I served a true copy of:

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Jennifer J. Maston

Place of Mailing: Laguna Beach, California.

Executed on **January 27, 2015,** at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

1

2

## **SERVICE LIST**

3

4

Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Drive, #725
Beverly Hills, CA  90212
Tel: (877)206-4741
Fax: (877)633-0228
Email:tfriedman@attorneysforconsumers.com
***Attorneys for Plaintiff,***
***Eleanor Mondragon-Estavillo***

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 7 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT