UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELEANOR MONDRAGON-ESTAVILLO,** <br><br> Plaintiff, <br><br> vs. <br><br> **EQUIFAX INFORMATION SERVICES, LLC.,** <br><br> Defendant. | Case No. 1:14-cv-01970-JAM-SAB <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 7th day of July, 2015.

/s/ John A. Mendez_____
The Honorable John A. Mendez